UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TINA LIONTI,

    Plaintiff,

v.                                        Case No:   2:13-cv-862-FtM-38CM

COMMISSIONER OF SOCIAL SECURITY and SSA,

    Defendants.
_____/

## ORDER

This matter comes before the Court upon review of the docket.  On December 13, 2013, the Court issued an order directing the parties to discuss the option of consent to the Magistrate Judge for resolution of this case and advise the Court in writing on or before January 2, 2014 as to the result of these discussions.  <u>See</u> Order Doc. #6. To date, the parties have not notified the Court as directed.   The parties shall have five (5) days from the date of this Order to file a Notice pursuant to the directives outlined in Court's Order Doc. #6.

Accordingly, it is now **ORDERED:**

The parties shall have five (5) days from the date of this Order to file a Notice indicating their preference regarding consent to the Magistrate Judge as directed in Court's Order (Doc. #6).

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record