UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TINA LIONTI,

      Plaintiff,

v.                               Case No:   2:13-cv-862-FtM-CM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

Before the Court is Defendant's Motion for Entry of Judgment with Remand (Doc. 30), filed on September 9, 2014. Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings before the Administrative Law Judge. Plaintiff does not oppose the motion. Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing. Upon due consideration, Defendant's motion is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Motion for Entry of Judgment with Remand (Doc. 30) is **GRANTED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to:

      a. Further consider Plaintiff's maximum residual functional capacity with specific reference to the opinion evidence of record;

      b. Further evaluate Plaintiff's mental impairments pursuant to 20 C.F.R. § 416.920a;

      c. Further evaluate the third party function report, as required by Social Security Ruling 06-3p;

      d. Further evaluate Plaintiff's ability to perform the demands of her past relevant work;

      e. Further evaluate the impact of Plaintiff's obesity, as required by Social Security Ruling 02-1p; and

      f. Obtain evidence from a vocational expert regarding Plaintiff's ability to perform her past relevant work as actually or generally performed and, if warranted, proceed to Step Five of the sequential evaluation.

2. The Clerk shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 10th day of September, 2014.

*[Signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record